May 1, 1984.

476 A.2d 55

Commonwealth, Appellant v. Stroud.

Submitted March 22, 1984.

Sheryl A. Serratta, Assistant District Attorney, for Commonwealth, appellant; James W. Bryant, for appellee.

Before BECK, TAMILIA and HOFFMAN, JJ.

Order affirmed.